# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

OMAR SAMUELS,                          CASE NO. 1:12-cv-00766-SKO PC

               Plaintiff,          ORDER DENYING MOTION FOR
                                       EXTENSION OF TIME AND FOR ISSUANCE
    v.                                OF CONSENT/DECLINE FORM AS MOOT

D. BALKIND, et al.,                    (Doc. 5)

               Defendants.
_____/

      Plaintiff Omar Samuels is a state prisoner proceeding pro se in this civil rights action filed on May 10, 2012.  On June 19, 2012, Plaintiff filed a motion seeking an extension of time to file an application to proceed in forma pauperis and for the issuance of another consent/decline form.

      On May 30, 2012, Plaintiff filed a form consenting to Magistrate Judge jurisdiction and on June 7, 2012, the Court received the $350.00 filing fee in full.[1]  Accordingly, Plaintiff's motion for an extension of time to file an in forma pauperis application and for the issuance of another consent/decline form is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:  June 25, 2012**                        **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] It appears Plaintiff may now wish to decline to Magistrate Judge jurisdiction.  However, a party may not withdraw consent based on a change of mind.  Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993).