# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SAMUELS, | CASE NO. 1:12-cv-00766-SKO PC |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| D. BALKIND, et al., | |
| Defendants. | |

Plaintiff Omar Samuels is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983 on May 10, 2012. Although Plaintiff pled that venue was proper in the Eastern District of California because a substantial portion of the events occurred in Kern County, a review of Plaintiff's complaint reveals that all of the events occurred in San Luis Obispo County and none of the defendants resides in this district.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

Given that the events arose in San Luis Obispo County and no defendant resides in this district, Plaintiff's complaint should have been filed in the United States District Court for the Central District of California. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986) (court

1  may raise defective venue sua sponte).  Accordingly, this action is HEREBY ORDERED
2  TRANSFERRED to the United States District Court for the Central District of California.

4  IT IS SO ORDERED.

5  **Dated:   October 23, 2012**               /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE