**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| OMAR SAMUELS, JANEKA SAMUELS, | ) | NO. CV 12-9206-DSF(E) |
| Plaintiffs, | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| D. BALKIND, et al., | ) | |
| Defendants. | ) | |

Plaintiffs filed a complaint on May 10, 2012, in the United States District Court for the Eastern District of California. On October 24, 2012, the United States District Court for the Eastern District of California transferred the complaint to this Court.

It appears that service of the summons and complaint was not made upon any defendant within 120 days after the filing of the complaint. Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, IT IS ORDERED that, within thirty (30) days of the date of this Order, Plaintiffs shall show cause, if there be any, why service was not made within the 120-day period and why this case should not be dismissed without prejudice.

1 | Plaintiffs shall attempt to show such cause by filing a declaration
2 | or declarations, signed under penalty of perjury.  Failure to file
3 | timely such a declaration may result in the dismissal of this action
4 | without prejudice.
5 |
6 |       DATED:    October 29, 2012.
7 |
8 |
9 |                                  _____/S/_____
  |                                           CHARLES F. EICK
10|                                    UNITED STATES MAGISTRATE JUDGE