1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11   OMAR SAMUELS, JANEKA SAMUELS,      )      NO. CV 12-9206-DSF(E)
                                        )
12                        Plaintiffs,   )
                                        )
13        v.                            )      ORDER TO SHOW CAUSE
                                        )
14   D. BALKIND, et al.,                )
                                        )
15                        Defendants.   )
     _____)

16

17        Plaintiffs filed a complaint on May 10, 2012, in the United

18   States District Court for the Eastern District of California.  On

19   October 24, 2012, the United States District Court for the Eastern

20   District of California transferred the complaint to this Court.

21

22        It appears that service of the summons and complaint was not

23   made upon any defendant within 120 days after the filing of the

24   complaint.  Therefore, pursuant to Rule 4(m) of the Federal Rules of

25   Civil Procedure and Local Rule 41-1, IT IS ORDERED that, within

26   thirty (30) days of the date of this Order, Plaintiffs shall show

27   cause, if there be any, why service was not made within the 120-day

28   period and why this case should not be dismissed without prejudice.

1   Plaintiffs shall attempt to show such cause by filing a declaration

2   or declarations, signed under penalty of perjury.  Failure to file

3   timely such a declaration may result in the dismissal of this action

4   without prejudice.

5

6        DATED:     October 29, 2012.

7

8

9                                    _____/S/_____

                                          CHARLES F. EICK
10                                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28