**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

OMAR SAMUELS, JANEKA SAMUELS, )     NO. CV 12-9206-DSF(E)
                              )
          Plaintiffs,         )
                              )
            v.                )     ORDER ACCEPTING FINDINGS,
                              )
D. BALKIND, et al.,           )     CONCLUSIONS AND RECOMMENDATIONS
                              )
          Defendants.         )     OF UNITED STATES MAGISTRATE JUDGE
                              )
_____)

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the
Complaint, all of the records herein and the attached Report and
Recommendation of United States Magistrate Judge.  The Court accepts
and adopts the Magistrate Judge's Report and Recommendation.


    IT IS ORDERED that Judgment shall be entered dismissing the
action without prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2  this Order and the Judgment of this date on the Plaintiffs.

3

4    DATED: 3/12/13

5

6    _____

7                DALE S. FISCHER
        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28