**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR SAMUELS, JANEKA SAMUELS, ) | NO. CV 12-9206-DSF(E) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| D. BALKIND, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 3/12/13

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE